JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLAUDIA RUIZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WALMART STORE 1914; WALMART INC. and DOES 1 to 10 Inclusive,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00055-KK-SHK(x)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Courtroom:<br>District Judge: District Judge Kenly Kiya Kato<br>Magistrate Judge: Magistrate Judge Shashi H. Kewalramani<br>Complaint filed: August 17, 2023<br>Trial: none set |

On January 19, 2024, the Parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action. The Court, having reviewed the Joint Stipulation and good cause appearing therefor, orders as follows:

1. The Parties' stipulation to remand is granted.

2. United States District Court - Eastern District of California Case No. 5:24-cv-00055-KK-SHK(x) entitled *Claudia Ruiz v. Walmart Store 1914, et al.*, is hereby remanded to the San Bernardino County Superior Court.

3. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to the Stipulation and Order.

4. A 60-day stay of proceedings shall be imposed on all litigation deadlines/proceedings pending this signed order to remand.

**IT IS SO ORDERED.**

Dated: _____January 25_____, 2024     _____
The Honorable Kenly Kiya Kato
United States District Court Judge